1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8

9

10   MURAD HAAMID,                       )      No. EDCV 10-0710-RC
                                         )
11              Plaintiff,               )
                                         )
12   vs.                                 )      JUDGMENT
                                         )
13   MICHAEL J. ASTRUE,                   )
     Commissioner of Social Security,    )
14                                       )
                Defendant.               )
15   _____)

16

17        IT IS ADJUDGED that Judgment shall be entered in favor of

18   defendant.

19

20   DATED: November 22, 2010        /S/  ROSALYN M. CHAPMAN_____
                                          ROSALYN M. CHAPMAN
21                                   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27   R&R-MDO\10-0710.jud
     11/22/10

28